```
             UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA


DAVID W. GIBSON                          CIVIL ACTION

VERSUS                                   NO: 06-10897

ROBERT TANNER, ET AL                     SECTION: "K"(5)
```

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge (Doc. 25) and adopts it as its opinion in this matter.

Therefore;

**IT IS ORDERED** that defendants' motion for summary judgment based upon plaintiff's alleged failure to exhaust his administrative remedies is **HEREBY DENIED**.

New Orleans, Louisiana, this ‑‑2nd‑‑ day of ‑‑‑‑‑‑‑August‑‑‑‑‑‑‑, 2007.

_____
UNITED STATES DISTRICT JUDGE