```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA


DAVID W. GIBSON                         CIVIL ACTION

VERSUS                                  NO: 06-10897

ROBERT TANNER, ET AL                    SECTION: "K"(5)
```

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge (Doc. 23)and adopts it as its opinion in this matter.

Therefore;

**IT IS ORDERED** that the motion to dismiss filed on behalf of defendants Deputy Warden Robert Tanner and Major Larry Grow is **HEREBY GRANTED**.

New Orleans, Louisiana, this 1st day of August, 2007.

_____
UNITED STATES DISTRICT JUDGE