```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA


DAVID W. GIBSON                           CIVIL ACTION

VERSUS                                    NO: 06-10897

ROBERT TANNER, ET AL                      SECTION: "K"(5)
```

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge (Doc. 24) and adopts it as its opinion in this matter.

Therefore;

**IT IS ORDERED** that plaintiff's Section 1983 claims against defendant the Rayburn Correctional Center be **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this __2nd__ day of __August__, 2007.

_____
UNITED STATES DISTRICT JUDGE